MARGARET M. SHALLEY
& ASSOCIATES, LLC

OF COUNSEL:
JAMES M. BRANDEN
JAMES SHALLEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/19

December 2, 2019

**VIA ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *U.S. v. Jose Verra Velez*
19 CR 570 (SHS)

Dear Judge Stein:

I am the attorney for the defendant, Jose Verra Velez, in the above referenced matter. The purpose of this letter is to respectfully request an adjournment of the conference currently scheduled for Wednesday, December 4, 2019. Unfortunately, one of the attorneys for a co-defendant, suffered the deaths of both her parents in the past few weeks. Additionally, counsels for the defendants are still reviewing discovery and have not received translations for texts and interviews conducted in Spanish. The Government and counsel for the co-defendants consent to this request. Counsel spoke with the Court's deputy, and the Court and counsels for the defendants are available January 8, 2020, at 3:00 p.m. Accordingly, it is respectfully requested that the Court adjourn the conference to January 8, 2020, at 3:00 pm. The parties shall notify the court at that conference as to what motions, if any, they intend to make.

The Court's time and attention to this matter is greatly appreciated.

Time is excluded from calculation under the
Speedy Trial Act from today until January 8, 2020.
The Court finds that the ends of justice served by this
continuance outweigh the best interests of the public
and the defendants in a speedy trial pursuant to
18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

/s/

Margaret M. Shalley

SO ORDERED 12/3/19

SIDNEY H. STEIN
U.S.D.J.

cc: AUSA Kyle Wirshba
AUSA Nicholas Chiuchiolo
*via email*

225 BROADWAY • SUITE 715 • NEW YORK, NY • 10007
(212) 571-2670 • 1FAX (212) 566-8165
MARGARETSHALLEY@AOL.COM