UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-570 (SHS) |
| -v- | : | ORDER |
| JOSE VERRA VELEZ, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of Margaret M. Shalley, Esq.'s letter dated August 7, 2020 [Doc. No. 46].

IT IS HEREBY ORDERED that:

1. The last day for defendant to submit motions *in limine,* proposed jury charges, and proposed *voir dire,* remains at August 14, 2020 [*see* Mem. End. Letter, Doc. No. 32];

2. Ms. Shalley remains as Mr. Verra Velez's attorney;

3. There will be a teleconference on August 18, 2020, at 11:00 a.m., regarding Ms. Shalley's request to withdraw as attorney [Doc. No. 46]. The parties shall dial 888-273-3658, and enter access code 7004275, to join the teleconference.

4. The trial of this action remains at September 14, 2020, at 9:30 a.m.

Dated: New York, New York
August 7, 2020

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.