UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-570 (SHS) |
| -v- | : | <u>ORDER</u> |
| JOSE VERRA VELEZ, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A teleconference having been held today, with defendant and counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. At the request of Margaret M. Shalley to be relieved as counsel [Doc. No. 46], Margaret M. Shalley is relieved, and Jessica Ortiz, the CJA attorney on duty today, is appointed to represent the defendant;

2. Any motions *in limine*, proposed jury charges, and proposed *voir dire*, are due by October 5, 2020, responses to any motions are due by October 13, 2020;

3. The trial of this matter is adjourned to October 19, 2020, at 9:30 a.m.; and

4. At the request of the government, and with the consent of defendant, time is excluded from calculation under the Speedy Trial Act from today until October 19, 2020. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
August 18, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.