

Jessica Ortiz
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8165
F: 212.607.8161
jortiz@mololamken.com
www.mololamken.com

January 27, 2021

BY CM/ECF

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

     Re:    *United States v. Jose Verra Velez*, No. 19-cr-00570 (SHS)

Dear Judge Stein,

    I represent Mr. Velez in the above-captioned matter. Mr. Velez respectfully asks the Court to modify his bail conditions so that he can attend outpatient mental health treatment. The government consents to this request.

    As the Court is aware, Mr. Velez is currently out on bail and suffers from a variety of health problems. *See* Dkt. dated 1/8/2020; Nos. 69, 73. In addition to his physical ailments, Mr. Velez suffers from depression and anxiety, and treatment will help alleviate his conditions. Mr. Velez is grateful for the Court's accommodations, which have helped him in assisting counsel to prepare his sentencing submission while taking care of his family during the pandemic. Mental health treatment would further help him in both regards.

    Thank you for your consideration of this matter.

                                 Respectfully,

                                 /s/ Jessica Ortiz

                                 Jessica Ortiz

cc: All counsel of record via CM/ECF

**Application granted. Defendant shall attend mental health evaluation and treatment as directed by Pretrial Services.**

**Dated: New York, New York
January 28, 2021**

SO ORDERED

*/s/ Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.