

Jessica Ortiz
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8165
F: 212.607.8161
jortiz@mololamken.com
www.mololamken.com

March 10, 2021

**MEMO ENDORSED**

BY CM/ECF

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *United States v. Joe Verra Velez*, No. 19-cr-00570 (SHS)

Dear Judge Stein,

I represent Mr. Velez in the above-captioned matter.

Mr. Velez is scheduled for an MRI exam on Friday, March 12. I am writing at the request of Pretrial Services to respectfully ask the Court for an order allowing the removal of his GPS monitoring bracelet so he can undergo the exam. Pretrial Services will ensure that the bracelet is reinstalled the same day. The government has no objections to this request.

Thank you for your consideration of this matter.

Respectfully,

/s/ Jessica Ortiz

Jessica Ortiz

cc: All counsel of record via CM/ECF

**Defendant's request to remove the GPS monitoring bracelet on *and for* March 12, 2021, is granted.**

Dated:  New York, New York
        March 10, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.