

Jessica Ortiz
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8165
F: 212.607.8161
jortiz@mololamken.com
www.mololamken.com

May 21, 2021

BY CM/ECF

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Jose Verra Velez*, No. 19-cr-00570 (SHS)

Dear Judge Stein,

I represent Mr. Velez in the above-captioned matter. Mr. Velez respectfully asks the Court to adjourn his sentencing date by 90 days to a time convenient for the Court. The sentencing is currently scheduled for June 25, 2021. This is the fourth request for adjournment of his sentencing, and the government consents to the request.

As stated in Mr. Velez's previous requests for extension, *see* Dkts. 67, 72, 79, Mr. Velez is ill and currently undergoing treatment. In addition to mental health counseling and medications to control high blood pressure and depression, Mr. Velez recently underwent an MRI examination and is attempting to schedule a follow-up evaluation with a neurologist. The ongoing public health emergency has made it more difficult to schedule such appointments, but Mr. Velez is hopeful that he will be able to see his doctor in the next 90 days.

Additionally, Mr. Velez and his wife recently lost three family members to the coronavirus, including his wife's father. An adjournment would allow Mr. Velez time to address his medical needs, to attend to the personal and logistical matters related to the deaths of his loved ones, and to more fully participate in helping counsel prepare his sentencing submission.

Thank you for your consideration of this matter.

Respectfully, /s/ Jessica Ortiz

Jessica Ortiz

cc: All counsel of record via CM/ECF

**The sentencing is adjourned to September 29, 2021, at 2:30 p.m. The defense submissions are due by September 15, the government's submissions are due by September 22, 2021.**

**Dated: New York, New York**
**May 24, 2021**

**SO ORDERED:**

_____
**Sidney H. Stein, U.S.D.J.**