# ML MOLOLAMKEN

Jessica Ortiz
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8165
F: 212.607.8161
jortiz@mololamken.com
www.mololamken.com

June 8, 2021

BY CM/ECF

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Jose Verra Velez*, No. 19-cr-00570 (SHS)

Dear Judge Stein,

I represent Mr. Velez in the above-captioned matter. On June 2, the Court granted Mr. Velez's motion to modify his bail conditions so that he could attend an event at his daughter's school. *See* Dkt. 89.

Unfortunately, the event had to be postponed due to inclement weather. Mr. Velez learned today that the event has been rescheduled for this coming Thursday, June 10. Accordingly, Mr. Velez respectfully seeks a modification of his bail conditions so that he can attend the rescheduled event. Neither the government nor pretrial services objects to this request.

Thank you for your consideration of this matter.

Respectfully,

/s/ Jessica Ortiz

Jessica Ortiz

cc: All counsel of record via CM/ECF

**Request granted.**

Dated: New York, New York
June 9, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.