UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA,             :       19-Cr-570 (SHS)

         v.                            :

JOSE VERRA VELEZ,                   :       ORDER

                Defendant.     :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

At the request of the defendant's attorney, Jessica Ortiz, to be relieved as counsel for defendant [Doc. No. 117],

IT IS HEREBY ORDERED that Jessica Ortiz is relieved, and CJA attorney David Meister, the attorney on duty today, is appointed to assume representation of the defendant for purposes of his sentencing.

Dated: New York, New York
       August 2, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.