## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 1000 1

———

TEL: (2 1 2) 735-3000

FAX: (2 1 2) 735-2000

www.skadden.com

DIRECT DIAL
2 1 2-735-2995
EMAIL ADDRESS
JOCELYN.STRAUBER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

September 2, 2021

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE:   *United States v. Jose Verra Velez*, No. 19-cr-00570
<u>(SHS)</u>

Dear Judge Stein,

We represent Mr. Velez in the above-captioned matter. Our sentencing submission is due September 3, 2021 and we plan to attach as an exhibit the report of a psychological evaluation of Mr. Velez (the "Report") conducted by Cheryl Paradis, a licensed psychologist.

We respectfully request permission to file the Report under seal, because it contains sensitive personal information relating to Mr. Velez's mental and physical health. *Matter of New York Times Co.*, 828 F.2d 110, 116 (2d Cir. 1987) (noting that "the First Amendment right of access to criminal proceedings is not absolute...documents may be sealed if specific, on the record findings are made demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest." (internal quotation marks omitted). The Government does not object to this request.

Respectfully,

/s/ Jocelyn Strauber

cc: All counsel of record via CM/ECF

*September 2, 2021*
*The Paradis report may be filed under seal.*

*So Ordered*

*Sidney H. Stein*