UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-570 (SHS) |
| -against- | : | |
| JOSE VERRA VELEZ, | : | ORDER |
| Defendant(s). | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        Defendant having been sentenced today,

        IT IS HEREBY ORDERED that the defendant is remanded to the custody of the U.S. Marshal for the Southern District of New York.

Dated: New York, New York
       September 10, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.